# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL LOPEZ,<br>Plaintiff,<br><br>v.<br><br>PRIME CARE MEDICAL DEPT, *et al.*,<br>Defendants. | CIVIL ACTION NO. 18-CV-5344 |

**FILED**
JUN - 3 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 3rd day of June, 2019, upon consideration of *pro se* Plaintiff Gabriel Lopez's "Motion to Be Appointed Counsel" (Doc. No. 12), and Amended Complaint (Doc. No. 14), it is hereby **ORDERED** that:

- Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's accompanying Memorandum Opinion.

- Plaintiff's "Motion to Be Appointed Counsel" (Doc. No. 12) is **DENIED AS MOOT.**

- The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.